*February 21, 2017*

2017-Ohio-566.]

**1989–2136.   State v. Bonnell.**
Cuyahoga App. No. 55927. This cause came on for further consideration upon the filing of appellant's motion to withdraw his motion for stay of execution. It is ordered by the court that the motion is granted.

**2015–1773.   State ex rel. Sunesis Constr. Co. v. Indus. Comm.**
Franklin App. No. 13AP–449, 2015-Ohio-3973. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County.

Upon consideration of the joint motion for extension of time to file merit briefs of appellees, it is ordered by the court that appellees' merit briefs shall be filed no later than March 10, 2017.

*February 21, 2017*

2017-Ohio-575.]

**2017–0242.   State ex rel. Curtis v. Vital Statistics Registrar, Brown Cty. Health Dept.**
Brown App. No. CA2017–01–001. This cause is pending before the court as a jurisdictional appeal.

It is ordered by the court, sua sponte, that appellee shall file a response, if any, to appellant's motion for stay of court of appeals' judgment no later than 12:00 p.m. on Thursday, February 23, 2017.